

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT TYLER WINCHELL,<br><br>Defendant. | CR 18-163-BLG-SPW<br><br>ORDER |

Upon Defendant's Unopposed Motion to File Documents Under Seal (Doc. 25), and for good cause being shown,

**IT IS HEREBY ORDERED** that Defendant is granted leave to file documents deemed sensitive under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to seal the documents attached to Defendant's Motion (Doc. 25).

DATED this 1st day of April, 2019.

SUSAN P. WATTERS
United States District Judge

1