# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT TYLER WINCHELL,<br><br>Defendant. | CR 18-163-BLG-SPW<br><br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |

Upon the United States' Unopposed Motion for Extension of Time to File Response (Doc. 32), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' Motion for Extension of Time is **GRANTED**.

The United States shall file its response to Defendant's Motion to Suppress and Defendant's Motion in Limine by **April 22, 2019.**

Dated this 15th day of April, 2019.

SUSAN P. WATTERS
United States District Court Judge

1