FILED

APR 23 2019

~ ~ ~~ District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-163-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT TYLER WINCHELL, | |
| Defendant. | |

Before the Court is Winchell's First Motion in Limine wherein he requests the Court to exclude evidence of his alleged prior criminal conduct. (Doc. 24). In its response, the United States represents that it does not intend to introduce his prior criminal conduct unless the defendant opens the door to the content or unless it is admitted properly pursuant to Fed. R. Evid. 404(b). With this stipulation in mind, the Court GRANTS Winchell's motion. (Doc. 24).

Dated this 23rd day of April, 2019.

SUSAN P. WATTERS
United States District Court Judge

1