IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT TYLER WINCHELL,<br><br>Defendant. | Case No. CR-18-163-BLG-SPW<br><br>ORDER TO CONTINUE REVOCATION HEARING |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Wednesday, April 19, 2023 at 10:30 a.m., is **VACATED** and **RESET** for **Thursday, April 27, 2023 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that all parties that intend to have witnesses testify at the hearing shall give notice to this Court five (5) days prior to the hearing date.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of April, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE