IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-163-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SCOTT TYLER WINCHELL, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently

scheduled for Thursday, April 27, 2023 at 10:30 a.m., is **VACATED** and **RESET**

to commence on **Friday, May 5, 2023 at 10:30 a.m.** in the James F. Battin U.S.

Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26th day of April, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1